


# PRO SE ASSISTANCE PROGRAM

**When:**  Wednesdays and Fridays, 11:30 – 2:00 p.m.

**Where:**  Robert H. Jackson Federal Courthouse, 2nd Floor, next to the Clerk's Office, Room 203

**Cost:**  **FREE** for financially eligible clients

---

### *What is the Pro Se Assistance Program?*

A volunteer attorney provides FREE limited scope legal assistance to people who cannot afford an attorney. The program may assist you if you have already filed a lawsuit, want to file a law suit, or have been sued in the federal U.S. District Court for the Western District of New York.*

### *Will the program give me an attorney to help me in court?*

No. The attorney will not go to court with you. The attorney will provide limited scope legal advice during a brief meeting.

### *What kinds of issues can the Assistance Program help me with?*

The program may be able to help you with your NON-criminal matter in <u>federal</u> court. The program's volunteer attorney can provide:

- information about federal court procedures and the law as it applies to the facts you provide;
- advice about preparing pleadings, motions, or other court documents;
- advice about discovery and motion practice;
- referrals to other services if appropriate.



SUNY Buffalo Law School

*THE PRO SE ASSISTANCE PROGRAM IS NOT STAFFED OR COORDINATED BY THE US DISTRICT COURT. It is a joint project staffed by the SUNY Buffalo Law School and the Erie County Bar Association Volunteer Lawyers Project.

